```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION


Cardinal Anna Vines Carter,    :

        Plaintiff,              :       Case No. 2:12-cv-953

   v.                           :       JUDGE JAMES L. GRAHAM
                                        Magistrate Judge Kemp
Chase Bank, et al.,             :

        Defendants.             :
```

                              OPINION AND ORDER

In an order filed on October 22, 2012, the Court granted plaintiff's motion for leave to proceed *in forma pauperis* but noted that the complaint did not set forth enough facts to state a plausible claim for relief and that it also did not allege facts, such as the citizenship of the parties or the amount in controversy, from which the Court's jurisdiction could be determined.  The order gave her 21 days within which to file an amended complaint showing the State of citizenship of each of the defendants, and which more completely describes how she has suffered damage - particularly the loss of money - of more than $75,000.  That order also warned her that if she did not do so, the case would be dismissed.

Ms. Carter has since filed two documents.  One, filed on October 25, 2012, appears to contain information to be added to the complaint, but it sheds no light on what type of claim she was asserting or why this Court might have jurisdiction.  The other document, which Ms. Carter designated for filing in three

cases, cites to a number of provisions of Ohio law dealing with hospitals.  That document does not appear to relate to this case at all, nor does it demonstrate that she and all of the defendants are citizens of different states or that the amount in controversy in this case exceeds $75,000.  It also does not demonstrate that she has asserted any claim arising under the Constitution or laws of the United States.  As a result, the problems which the October 22, 2012 order pointed out still exist.  In the absence of jurisdiction, the Court cannot proceed with the case, and there are simply no plausible factual allegations here from which jurisdiction could be inferred.

 For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.  The Clerk is directed to mail a copy of the complaint and this order to the plaintiff and to all named defendants to the extent that the pleadings permit the Clerk to determine their addresses.

 **IT IS SO ORDERED.**


Date: December 7, 2012           s/James L. Graham   
                    James L. Graham
                    United States District Judge